UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-208 |
| v. | * | SECTION: "A" |
| FREDDY PRECIADO<br>JOEL ORTIZ<br>ARLEN DAYANA TORRES MARTINEZ<br>EDMOND ARZATE | *<br><br>*<br>* | |

\* \* \*

## ORDER

Having considered the motion of the United States to unseal the indictment,

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the indictment in the above-captioned matter.

New Orleans, Louisiana, this _____ day of May, 2019

_____
HONORABLE JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE